OBIWULU, ONYEKA CLEMENT

A 215817390

DHS/ICE/GEO

ICE PROCESSING CENTER

3130 NORTH OAKLAND STREET.

AURORA CO. 80010.

DETAINED

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 16 2019**

JEFFREY P. COLWELL
CLERK

# ᴵ79 - CV - 01113

DISTRICT COURT OF COLORADO
CLERK OF THE COURT

ALFRED A. ARRAJ UNITED STATES COURTHOUSE.

901 19th STREET, ROOM A105

DENVER, CO. 802943589

---

In the Matter Of: )

OBIWULU, ONYEKA CLEMENT )          File no. A 215817390

In removal proceedings )

---

PETITION FOR REVIEW

---

APRIL 12, 2019

OBIWULU, ONYEKA CLEMENT
#215817390
3130 N OAKLAND STREET
AURORA CO. 80010

Clerk Of The Court
Alfred A. ARRAJ United States
Courthouse.
901 19th Street, Room A105
Denver, Co. 802943589

## PETITION FOR REVIEW

My name is Obiwulu Onyeka Clement, i am a citizen of Nigeria.
I am 25 years old, i am also an arriving alien who entered into
the united state on August 22 2018 for the purpose of asylum and
protection.

After i entered, i was intervied by Asylum Officer where i obt-
ained a possitive credible fear base on religion and the fear of
torture/. When i discovered that i am eligible for parole, i sub-
mitted my sponsors document for release so i can go out and fight
my case with enough evidence but my deportation Offdcer refused
to release me.

I eventually went to my last hearing on December 17 2018 and the
Immigration Judge denied me of Asylum to which i appealed to BIA
on December 28 2018 and it is still pending. My family miss me
and the Church needs me too.

When i went to the Liberary, i saw some guidlines of The HABEAS
CORPUS PROCEDURE and i discovered that i am qualified for Bond
under Prolonged Detention because i have been detained for (7)
months now.

So i quickly requested for Custody Redetermination Hearing in
Bond proceeding to which was acceptyed and i was given a court
date to appear on April 01 2019 in Bond proceding. But the immig-
ration Judge who conducted ~~ths~~ my immigration detention hearing
denied my Bond and did not require the government to meet its
burden of showing by clear and convincing evidence that i was either
a flight risk or a danger to the community before refusing to
release me on Bond.

I appealed to the BIA for the Bond denial that was unlawfully
denied as i was denied my right for due proccess of law, but
the BIA did not schedule any hearing date or even a brief for
me. for more than 2 weeks now.

So i hereby petition AURORA ICE DETENTION CENTER for HABEAS
CORPUS REVIEW. and RELIEF.

Please i kindly ask the Court to consider my Petition and order

my release.

   i have no bars in my credible fear that indicates of any

crime.
i will stay with my uncle if am release at APT2   2355 Sally

street oakland Ca. 94612.

Thanks

Signature _____   Date 04/12/19   OBIWULU, ONYEKA C.

                                       Respondent pro se


_____ Certificate Of Service _____

I OBIWULU, ONYEKA C. _____ hereby certify that a copy of

the attached was submitted to ICE litigation for DHS District

Counsel at thge following address 12445 East Caley Avenue centinnal,

on the date indicated bellow.   CO 80111-5663.

**U.S. Department of Justice**
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB# 1125-0003

**Fee Waiver Request**

Name: Obiwulu Onyeka C.

Alien Number ("A" Number): # 215817390

I, Obiwulu, Onyeka C., declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that I am the person above and that I am unable to pay the fee. I believe that my appeal/motion is valid, and I declare that the following information is true and correct to the best of my knowledge:

> *If more than one alien is included in your appeal or motion, only the lead alien need file this form. This form is to be signed by the alien, not the alien's attorney or representative of record.*

**Assets**

| | |
|---|---|
| Wages, Salary | $ 1.00 /month |
| Other Income (business, professional services, self-employed/independent contracting, rental payments, etc.) | $ /month |
| Cash | $ 64.00 |
| Checking and/or Savings | $ None |
| Property (real estate, automobile(s), stocks, bonds, etc.) | $ None |
| Other Financial Support (public assistance, alimony, child support, gift, parent, spouse, other family members, etc.) | $ None /month |

**Expenses** (including dependents)

| | |
|---|---|
| Housing (rent, mortgage, etc.) | $ None /month |
| Food | $ None /month |
| Medical/Health | $ None /month |
| Utilities (phone, electric, gas, water, etc.) | $ None /month |
| Transportation | $ None /month |
| Debts, Liabilities | $ None /month |
| Other _____ (specify) | $ None /month |

Signature of Alien

Date 04/12/2019

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is one (1) hour. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

**Privacy Act Notice**
The information on this form is requested to determine if you have established eligibility for the fee waiver you are seeking. The legal right to ask for this information is located at 8 C.F.R. § 1003.8(a)(3). EOIR may provide this information to other Government agencies. Failure to provide this information may result in denial of your request.

**Attorney or Representative (if any):**

I hereby attest that I have reviewed the details provided herein and I am satisfied that this fee waiver request is made in good faith.

_____  _____
Signature of Attorney or Representative       Date

_____
Print Name

Form EOIR-26A
Rev. July 2015

DEPARTMENT OF HOMELAND SECURITY

## NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No. A215 817 390

In the Matter of:

Respondent: ONYEKA C. OBIWULU            currently residing at:

DENVER CONTRACT DETENTION FACILITY, 3130 NORTH OAKLAND STREET  AURORA, CO 80010

**(Number, street, city and ZIP code)**      303-361-6612

                                         **(Area code and phone number)**

[X] You are an arriving alien.

[ ] You are an alien present in the United States who has not been admitted or paroled. You are an applicant for admission.

[ ] You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that:

    1) You are not a citizen or national of the United States.

    2) You are a native of NIGERIA and a citizen of NIGERIA ;

    3) You applied for admission at SAN YSIDRO PORT OF ENTRY on 08/22/18 ;

    4) You did not then possess or present a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

    Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

[X] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ] Section 235(b)(1) order was vacated pursuant to: [ ] 8CFR 208.30   [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

    3130 NORTH OAKLAND STREET  AURORA, CO 80010

          **(Complete Address of Immigration Court, including Room Number, if any)**

on _____ at _____ to show why you should not be removed from the United States based on the

      **(Date)**          **(Time)**

charge(s) set forth above.

                         SUPERVISORY ASYLUM OFFICER

                   **(Signature and Title of Issuing Officer)**

**SEP 1 2 2018**

Date _____

                     METAIRIE, LA

                       **(City and State)**

DHS Form I-862 (5/17)         **See reverse for important information**         Page 1 of 2

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the Department of Homeland Security immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United Stated and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act (the Act).

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise DHS by calling the ICE Law Enforcement Support Center toll free at (855)448-6903

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office of Immigration Review as soon as possible   I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
*(Signature of Respondent)*

_____
*(Signature and Title of Immigration Officer)*

Date:_____

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on _____, in the following manner and in compliance with section 239(a)(1) of the Act.

☐ In person   ☐ by certified mail, returned receipt # _____ requested   ☐ by regular mail
☐ Attached is a credible fear worksheet.
☐ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act

_____          _____
*(Signature of Respondent if Personally Served)*          *(Signature and Title of Officer)*

---

DHS Form I-862 (5/17)

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Record of Determination/Credible Fear Worksheet

| DEN | ZOL | 215 817 390 | OBIWULU |
|---|---|---|---|
| District Office Code | Asylum Office Code | Alien's File Number | Alien's Last/ Family Name |
| Grobelski | Tiffany | Nigeria | |
| Asylum Officer's Last Name | Asylum Officer's First Name | Alien's Nationality | |

## *All statements in italics must be read to the applicant*

**SECTION I:**

### INTERVIEW PREPARATION

1.1  08/22/18
Date of arrival [MM/DD/YY]

1.2  San Ysidro, CA
Port of arrival

1.3  08/22/18
Date of detention [MM/DD/YY]

1.4  Denver Contract Detention Facility, Aurora, CO
Place of detention

1.5  08/25/18
Date of AO orientation [MM/DD/YY]

1.6  n/a
If orientation more than one week from date of detention, explain delay

1.7  09/11/18
Date of interview [MM/DD/YY]

1.8  ZOL
Interview site

1.9  [X] Applicant received and signed **Form M-444** and relevant *pro bono* list on    08/25/18
Date signed [MM/DD/YY]

1.10  Does applicant have consultant(s)?   [ ] Yes   [X] No

1.11  If yes, consultant(s) name, address, telephone number and relationship to applicant

1.12  Persons present at the interview (check which apply)

1.13  [ ] Consultant(s)

1.14  [ ] Other(s), list:

1.15  [X] No one other than applicant and asylum officer

1.16  Language used by applicant in interview:   English

1.17  n/a

| | Interpreter Has Forms | | |
|---|---|---|---|
| 1.18  Interpreter Service, Interpreter ID Number. | [ ] Yes  [ ] No | Time Started | Time Ended |
| 1.19  Interpreter Service, Interpreter ID Number. | [ ] Yes  [ ] No | Time Started | Time Ended |
| Interpreter Service, Interpreter ID Number. | [ ] Yes  [ ] No | Time Started | Time Ended |

1.20  [ ] Interpreter **was not changed** during the interview

1.21  [ ] Interpreter **was changed** during the interview for the following reason(s):

1.22  [ ] Applicant requested a female interpreter replace a male interpreter, or *vice versa*

1.23  [ ] Applicant found interpreter was not competent       1.24  [ ] Applicant found interpreter was not neutral

1.25  [ ] Officer found interpreter was not competent       1.26  [ ] Officer found interpreter was not neutral

1.27  [ ] Bad telephone connection

1.28  [X] Asylum officer read the following paragraph to the applicant at the beginning of the interview:

*The purpose of this interview is to determine whether you may be eligible for asylum or protection from removal to a country where you fear persecution or torture. I am going to ask you questions about why you fear returning to your country or any other country you may be removed to. It is very important that you tell the truth during the interview and that you respond to all of my questions. This may be your only opportunity to give such information. Please feel comfortable telling me why you fear harm. U.S. law has strict rules to prevent the disclosure of what you tell me today about the reasons why you fear harm. The information you tell me about the reasons for your fear will not be disclosed to your government, except in exceptional circumstances. The statements you make today may be used in deciding your claim and in any future immigration proceedings. It is important that we understand each other. If at any time I make a statement you do not understand, please stop me and tell me you do not understand so that I can explain it to you. If at any time you tell me something I do not understand, I will ask you to explain.*

Form I-870 (Rev. 11/21/03) N Page 1

**Alien's File Number: 215 817 390**

## SECTION II:                BIOGRAPHIC INFORMATION

2.1   OBIWULU
_____
Last Name/ Family Name [ALL CAPS]

2.2   Onyeka                          2.3   Clement
_____            _____
First Name                                 Middle Name

2.4   05/19/1993                      2.5   Gender  [X] Male      [ ] Female
_____
Date of birth [MM/DD/YY]

2 6   n/a
_____
Other names and dates of birth used

2.7   Nigeria                         2 8   Nigeria
_____            _____
Country of birth                           Country (countries) of citizenship (list all)

2 9   Oloa Ossissa, Delta State, Nigeria
_____
Address prior to coming to the U.S. (List Address, City/Town, Province, State, Department and Country).

2.10   Igbo                2.11   Catholic              2 12   English, Igbo
_____        _____        _____
Applicant's race or ethnicity   Applicant's religion          All languages spoken by applicant

2 13   Marital status:   [X] Single   [ ] Married   [ ] Legally separated   [ ] Divorced   [ ] Widowed

    2.14   Did spouse arrive with applicant?   [ ] Yes   [ ] No

    2 15   Is spouse included in applicant's claim?   [ ] Yes   [ ] No

    2 16   If currently married (including common law marriage) list spouse's name, citizenship, and present location **(if with applicant, provide A-Number)**:

_____

_____

2.17   Children:   [ ] Yes   [X] No

2.18   List any children (*Use the continuation section to list any additional children*):

| Date of birth (MM/DD/YY) | Name | Citizenship | Present location **(if w/PA, list A-Numbers)** | Did child arrive with PA? | | Is child included in PA's claim? | |
|---|---|---|---|---|---|---|---|
| | | | | Yes [ ] | No [ ] | Yes [ ] | No [ ] |
| | | | | Yes [ ] | No [ ] | Yes [ ] | No [ ] |
| | | | | Yes [ ] | No [ ] | Yes [ ] | No [ ] |
| | | | | Yes [ ] | No [ ] | Yes [ ] | No [ ] |
| | | | | Yes [ ] | No [ ] | Yes [ ] | No [ ] |
| | | | | Yes [ ] | No [ ] | Yes [ ] | No [ ] |

| Alien's File Number: 215 817 390 |
| --- |

2.19   Does applicant claim to have a medical condition (physical or mental), or has the officer observed any indication(s) that a medical condition exists? If YES, answer questions 2.20 and 2.21 and explain below.   ☐ Yes   ☒ No

   2.20 .   Has applicant notified the facility of medical condition?     ☐ Yes   ☐ No

   2.21   Does applicant claim that the medical condition relates to torture?     ☐ Yes   ☐ No

2.22   Does the applicant have a relative, sponsor or other community ties, including spouse or child already listed above?   ☒ Yes   ☐ No

   2.23   If YES, provide information on relative or sponsor (use continuation section, if necessary):

| Ikechukwu, Last name unknown | friend |
| --- | --- |
| Name | Relationship |
| Unknown, Oakland, California | 619-573-8043 |
| Address | Telephone Number |

☒ Citizen   ☐ Legal Permanent Resident   ☐ Other

## SECTION III:                   CREDIBLE FEAR INTERVIEW

**The following notes are not a verbatim transcript of this interview.**
**These notes are recorded to assist the individual officer in making a credible fear determination and the supervisory asylum officer in reviewing the determination.**
**There may be areas of the individual's claim that were not explored or documented for purposes of this threshold screening.**

The asylum officer must elicit sufficient information related to both credible fear of persecution and credible fear of torture to determine whether the applicant meets the threshold screening. Even if the asylum officer determines in the course of the interview that the applicant has a credible fear of persecution, the asylum officer must still elicit any additional information relevant to a fear of torture. Asylum officers are to ask the following questions and may use the continuation sheet if additional space is required. If the applicant replies YES to any question, the asylum officer must ask follow-up questions to elicit sufficient details about the claim in order to make a credible fear determination.

3.1   a.   *Have you or any member of your family ever been mistreated or threatened by anyone in any country to which you may be returned?*
   ☒ Yes   ☐ No
   **See interview notes.**

   b.   *Do you have any reason to fear harm from anyone in any country to which you may be returned?*
   ☒ Yes   ☐ No
   **See interview notes.**

   c. If YES to questions *a* and/or *b*, was it or is it because of any of the following reasons? (Check each of the following boxes that apply.)
   ☐ Race   ☒ Religion   ☐ Nationality   ☐ Membership in a particular social group   ☐ Political Opinion
   **See interview notes.**

**Alien's File Number: 215 817 390**

3.2   [X]   At the conclusion of the interview, the asylum officer must read the following to applicant:

*If the U.S. Citizenship and Immigration Services determines you have a credible fear of persecution or torture, your case will be referred to an immigration court, where you will be allowed to seek asylum or withholding of removal based on fear of persecution or withholding of removal under the Convention Against Torture. The Field Office Director in charge of this detention facility will also consider whether you may be released from detention while you are preparing for your hearing. If the asylum officer determines that you do not have a credible fear of persecution or torture, you may ask an Immigration Judge to review the decision. If you are found not to have a credible fear of persecution or torture and you do not request review, you **may be removed** from the United States as soon as travel arrangements can be made. Do you have any questions?*

3.3   [X]   At the conclusion of the interview, the asylum officer must read a summary of the claim, consisting of the responses to Questions 3.1 a-c and information recorded in the Additional Information/Continuation section, to applicant.

****Typed Question and Answer (Q&A) interview notes and a summary and analysis of the claim must be attached to this form for all negative credible fear decisions. These Q&A notes must reflect that the applicant was asked to explain any inconsistencies or lack of detail on material issues and that the applicant was given every opportunity to establish a credible fear.

## SECTION IV:                     CREDIBLE FEAR FINDINGS

**A.    Credible Fear Determination:**

Credibility

4.1   [X]   ~~There is a significant possibility that the assertions underlying the applicant's claim could be found credible in a full asylum or withholding of removal hearing.~~ Applicant is found credible.

4.2   [ ]   Applicant found **not** credible because (check boxes 4.3-4.5, which apply):

  4.3   [ ]       Testimony was internally inconsistent on material issues.

  4.4   [ ]       Testimony lacked sufficient detail on material issues.

  4.5   [ ]       Testimony was not consistent with country conditions on material issues.

Nexus

4.6   [ ]   Race   4.7   [ ]   Religion   4.8   [ ]   Nationality   4.9   [ ]   Membership in a Particular Social Group

(Define the social group):

4.10   [ ]   Political Opinion   4.11   [ ]   Coercive Family Planning [CFP]   4.12   [X]   No Nexus

Credible Fear Finding

4.13   [ ]   Credible fear of **persecution** established.

  **OR**

4.14   [X]   Credible fear of **torture** established.

  **OR**

4.15   [ ]   Credible fear of persecution NOT established and there is not a significant possibility that the applicant could establish eligibility for withholding of removal or deferral of removal under the Convention against Torture.

**B.    Possible Bars:**

4.16   [ ]   Applicant could be subject to a bar(s) to asylum or withholding of removal (check the box(es) that applies and explain on the continuation sheet):

  4.17   [ ]   Particularly Serious Crime   4.18   [ ]   Security Risk   4.19   [ ]   Aggravated Felon

  4.20   [ ]   Persecutor   4.21   [ ]   Terrorist   4.22   [ ]   Firmly Resettled

  4.23   [ ]   Serious Non-Political Crime Outside the United States

4.24   [X]   Applicant does **not** appear to be subject to a bar(s) to asylum or withholding of removal.

| Alien's File Number: 215 817 390 |
| --- |

**C.**   **Identity:**

4.25   [X]   Applicant's identity was determined with a reasonable degree of certainty (check the box(es) that applies):

    4 26   [X]   Applicant's own credible statements. (If testimony is credible overall, this will suffice to establish the applicant's identity with a reasonable degree of certainty).

    4.27   [ ]   Passport which appears to be authentic.

    4.28   [ ]   Other evidence presented by applicant or in applicant's file (List):

_____

4.29   [ ]   Applicant's identity was **not** determined with a reasonable degree of certainty.  (Explain on the continuation sheet.)

**SECTION V:**        **ASYLUM OFFICER / SUPERVISOR NAMES AND SIGNATURES**

| 5.1 | Tiffany Grobelski ZOL 041 | 5 2 | *[signature]* | 5.3 | 09/11/2018 |
| --- | --- | --- | --- | --- | --- |
| | Asylum officer name and ID CODE (print) | | Asylum officer's signature | | Decision date |
| 5.4 | A Brodreunt | 5 5 | *[signature]* | 5 6 | 09/11/18 |
| | Supervisory asylum officer name | | Supervisor's signature | | Date supervisor approved decision |

### ADDITIONAL INFORMATION/CONTINUATION

| A Number: 215 817 390 | Interview Date: 09/11/2018 | |
|---|---|---|
| Name: Onyeka C. OBIWULU | Asylum Officer: T. Grobelski, ZOL 041 | |
| Country: Nigeria | Interpreter: n/a | |
| Asylum Office: ZOL | Start: 1:49 PM CT | Stop: 3:00 PM CT |

## INTRODUCTION

| Officer | Applicant |
|---|---|
| Hello, my name is Officer Tiffany. I am an asylum officer. I am going to be asking you some questions to determine if you are eligible to have an asylum hearing before a judge. | |
| Could you please state your name? | Onyeka Obiwulu Clement |
| So is Clement is your last name | My last name is Obiwulu. Clement is my middle name |
| Thank you. If our phone connection drops and you only hear silence, please alert the guard. You may need to walk to the door to get their attention. | |
| Is English your main language? | Yes and I also speak Igbo my local Nigerian language |
| Are you comfortable proceeding in English today | Yes |
| Let me know if at any point you don't understand something I am saying or if I am speaking too fast | Okay |
| You previously indicated that you were afraid to return to your country. Are you still afraid to return? | Very scared to return. They will kill me |

M-444

| Officer | Applicant |
|---|---|
| Did you receive an explanation of the process for asking for protection and a list of free attorneys? | Yes |

## CONFIDENTIALITY

Everything you say today is confidential, which means it will not be shared outside the U.S. government.

| Officer | Applicant |
|---|---|
| You have a right to speak to me alone and in confidence. Are you alone in your interview room? | Yes |
| Do you have an attorney or a consultant? | No |
| During this interview, you have the right to be represented by an attorney or to consult with any person. Would you like to proceed with this interview without an attorney or consultant or would you like to reschedule so that you have time to find an attorney? | I can proceed alone |

**SECTION 1.28**

I am now going to read you an explanation of the purpose of the interview and a few instructions. Officer reads Section 1.28 of the I-870 to the applicant:

> The purpose of this interview is to determine whether you may be eligible for asylum or protection from removal to a country where you fear persecution or torture. I am going to ask you questions about why you fear returning to your country or any other country you may be removed to. It is very important that you tell the truth during the interview and that you respond to all of my questions. This may be your only opportunity to give such information. Please feel comfortable telling me why you fear harm. U.S. law has strict rules to prevent the disclosure of what you tell me today about the reasons why you fear harm. The information you tell me about the reasons for your fear will not be disclosed to your government, except in exceptional circumstances. The statements you make today may be used in deciding your claim and in any future immigration proceedings. It is important that we understand each other. If at any time I make a statement you do not understand, please stop me and tell me you do not understand so that I can explain it to you. If at any time you tell me something I do not understand, I will ask you to explain.

| Officer | Applicant |
|---|---|
| Do you understand what was just read to you? | Yes |
| Do you have any questions about it? | No |
| Are you able to understand me so far? | Yes |

**APPLICANT OATH**

| Officer | Applicant |
|---|---|
| Before we begin, I will place you under oath. Please raise your right hand. | |
| Do you swear or affirm that all the statements you are about to make will be the truth, the whole truth, and nothing but the truth? | I swear |
| Thank you. You may lower your hand. | |

**BACKGROUND INFORMATION**

| Officer | Applicant |
|---|---|
| [see I-870 for additional biographic information] | |
| How have you been treated while at the detention center? | I am fine, I am happy that I am safe here. I've been treated good |
| Do you have any medical conditions affecting you today? | No |
| Did you enter the U.S. with any family members? | No |
| Where did you live in Nigeria | It's like a bush community Oloa Ossissa, Delta State |
| Have you ever lived in Ile Ife? | No. that's not in Delta State |
| Have you ever lived outside of Delta state | No, only when I went to bible school in Lagos but after that I came back to Delta state |
| What is your religion | Christian, Catholic |
| | I have a ministry with a branch in the United States. I don't have their address but I have their number. Previously I gave the contact information of Kevin Revern he was a bible school colleague in Minnesota but I can't reach them so I am changing my contact to Ikechukwu, my friend. The little |

|  | paper I wrote the address on was collected in San Diego but he lives in California |
|--|--|

## FEAR OF PERSECUTION

| Officer | Applicant |
|--|--|
| Now I am going to ask you some questions about why you do not want to return to your country.  You previously indicated that you are afraid to return. What do you fear will happen if you return to your country? | They will kill me |
| Who will kill you | Fulani Herdsmen, they control cattle |
| Have they ever harmed or threatened you before | No but the reason I left Nigeria is that I have only one brother, Okwi. I never knew my father and I was ten when my mom died. I only had my brother in Nigeria. All of us were born in that Delta state, we are farmers, we have a large farming system and we sell. So many times Fulani herdsmen kill people for not committing any offenses. Aug 21 2017 me and my brother went to our farm to spray weed killer chemicals around 9 o'clock I left my brother there and went to the ministry. When I was coming back I saw smoke when I got closer I discovered it was my house. People said Fulani people burned the house, they said we kept their cow off of our farm, their cows were eating our crops. Their 4 cows died because they ate plants with weed killer so they thought we had a plan to kill their cow. So I got back and our house is burning and my brother is lying dead |
| Is there any other reason they harmed your brother and your house besides that they think you killed their cows | Yes. If you try to stop them or report them they kill you. We kept quiet for a long time because they kill people. But now they think they killed their cows. I saw them coming for me with their weapons I had to run away to the riverside and came out to the city side to meet my friend |
| Let me try again- any other reason they want to harm you and your brother besides that they think you killed their cows | No other reason |
| Were you ever harmed or threatened in any other way in Nigeria | No |
| Anyone else you are afraid of | No, but Fulani people are all over Nigeria, like half of Nigeria, like the northern part. So whenever they are looking for someone they circulate news and they will get that person. Because when I ran to my friend, my friend told me they came to his house with my photo. They took it from my house before they burned it. My friend told me to leave the country |

*Mistake! August 26, 2017, not "25th".*

| When did you leave Nigeria | August 25 2017 |
|---|---|
| When did you enter the US | August 22 2018 |
| Where were you for the year in between | Left to Ecuador, to Colombia, to Panama, to Costa Rica, and I ran out of money |
| Where were you for the longest period of time | Costa Rica – I was there 8 months |
| Did you have permission to live there | I lived in a refugee camp |
| Did you report what happened to your brtoerh and house to the police | [applicant laughs] no, that would be a suicide mission. In Nigeria, Fulani will kill you as soon as you leave the police station. Fulani is not one person, Fulani is all over Nigeria |
| Let's say you did go to the police. Would the police be willing to help you? | They would ask me who the person was, and Fulani is not one person. They could not help me. I don't know what they would do. They would not do anything that would help my life. |
| You said the police could not help you. Why not | Because Fulani are not one person, they would ask me to go and bring my person. They would tell me to go home, "if you can't bring the person and when you go home the Fulani will kill you." So I don't think |
| If I am understanding you correctly, you are saying that the police would send you home knowing that you would be killed on the way home. Is that correct | Yes. If you can't show them exactly who did it they send you home. They can't do anything. |
| Is there any other reason Fulani herdsman are targeting people besides land related | Yes, they are muslim and they hate Christians. They are always looking for a fight, looking for trouble |
| Has any Fulani herdsman ever said anything to you about your religion | No |
| Do you know anyone who has been killed in Nigeria by Fulani herdsman for religious reasons | Yes, one guy from Anambra state his name is Chimezie. he was killed because one of the Fulani herdsmen said one of their members was missing in their area |
| My understanding is that the conflicts with Fulani Herdsmen is concentrated in the middle belt in Nigeria. Could you move somewhere else in Nigeria and live safely? | No place in Nigeria. They have my photo, they are sending it in Whatsapp to their members. Even when I went to my preparation for traveling, my uncle in Lagos, I have an uncle in Lagos, He called me and told me that Fulani people were circulating my photo in the market. So I don't think any place is comfortable in Nigeria |
| Any other harm or threats in Nigeria? | No |
| Anything else you are afraid of | No just the Fulani people. It's the only problem I've ever had. |
| Anything else you would like me to know about your case? | I want to clarify with you about Costa Rica. I had no money I had to stay there for 8 months so I begged for money for a while to have money to continue my journey |

**ADDITIONAL NEXUS QUESTIONS**

I understand everything that you have told me about so far. Now I am going to ask you a few questions to

*Mistake! •• = I thought she said Region*
*That is why I said no, not harmed.*

determine if there are *other* reasons you may fear returning to your country that we have not already talked about. I will ask you if you have ever been harmed or fear harm for specific reasons. Please focus on the reason that I am asking you about. If you do not fear harm for that reason, just say no.

| | |
|---|---|
| Besides what we have already talked about, have you ever been harmed or are you afraid of being harmed because of your religion? | No, not because of religion |
| Besides what we have already talked about, have you ever been harmed or do you fear being harmed because of your nationality? | No |
| Besides what we have already talked about, have you ever been harmed or are you afraid of being harmed because you are Igbo? | No |
| Besides what we have already talked about, have you ever been harmed or are you afraid of being harmed because of your political opinions? | No |
| Have you ever been harmed or do you fear being harmed by a family member? | No |
| Other than what we have already talked about, have you ever been harmed or do you fear being harmed because of any special characteristic you have? [physical trait, particular belief or behavior, etc.] | No |
| Besides what we have already talked about, have you been harmed or do you fear being harmed because you belong to a group that is different or looked down on in your community? | No, no reason apart from this Fulani thing |

**FEAR OF TORTURE**

| | |
|---|---|
| Other than what we have discussed, have you ever had any problems with the government of your country? By government I mean police, any public official, or any person associated with the government. | No |
| Other than what we have discussed, are you afraid of anyone who works for the government of your country, including the police? | No |
| Do you have any reason to believe that the government or police of your country would cause you severe harm or torture you if you return? | No. the police cannot torture or harm you but sometimes they don't care, they don't help |
| Is that what you were talking about before, that they would send you away if you asked for help? | Yes, that's the Nigerian police they laugh at you they would mock you and say go home, everyone is afraid of the Fulani, bring the person here or go home.  I want to tell you something, even our president Buhari is from the Fulani ethnic group in |

| | Nigeria. We look to him to stop the problem but he has done nothing and everyone is tired. |
|---|---|

**MANDATORY BARS**

| Officer | Applicant |
|---|---|
| Other than your current detention, have you ever been arrested in any country including your own? | [applicant asks for clarification several times] no |
| Have you ever been accused of committing any crime in any country, including your own? | In Nigeria the Fulani people accused me of killing their cow intentionally but it was not intentional I was just using the weed killer |
| Besides that have you ever been accused of a crime | no |
| Have you ever done anything to harm or injure another person or helped anyone to harm or injure another person? | No |
| Have you ever served in the police or the military? | No |
| Have you ever had permission to live in any country other than your own? | No |
| Have you ever been a member of or supported a group which promotes violence or uses weapons? | No |
| Have you ever spent any time in northern Nigeria | In Northern Nigeria? No |
| Have you ever done anything that anyone might consider a terrorist activity? | No |

**CASE SUMMARY**
I will now read you a brief summary of what you told me today. Please wait until I have read the entire summary before you make any comments.

| |
|---|
| You testified that you fear you will be killed by Fulani herdsmen if you return to Nigeria. In August 2017, your home was burned and your brother was killed by Fulani herdsmen who thought you had intentionally killed their cows. You did not report what happened to the police, because Fulani herdsmen are known to kill people who do that. You testified that if you had gone to the police, the police would have mocked you and told you to leave, because you would not have been able to identify exactly who perpetrated the crime against your family. The police would have sent you away knowing that you would be killed. The Fulani herdsmen who harmed your brother have your picture and are circulating it on What's App. You heard from your uncle in Lagos that they were looking for you in the market. The Fulani herdsmen are spread out throughout Nigeria, and therefore you do not think you could live safely anywhere else. You also testified that you are a Christian and Fulani Herdsmen hate Christians. |

| Officer | Applicant |
|---|---|
| Is this summary correct? | Yes it's fine |
| Do you have any questions or corrections? | No |

**SECTION 3.2**

| Officer | Applicant |
|---|---|
| Those are all my questions. I am now going to read you an explanation of what will happen after this interview. Officer reads: <br><br>*If the U.S. Citizenship and Immigration Services determines you have a credible fear of persecution or torture, your case will be referred to an immigration court, where you will be allowed to seek asylum or withholding of removal based on fear of persecution or withholding of removal under the Convention Against Torture. The Field Office Director in charge of this detention facility will also consider whether you may be released from detention while you are preparing for your hearing. If the asylum officer determines that you do not have a credible fear of persecution or torture, you may ask an Immigration Judge to review the decision. If you are found not to have a credible fear of persecution or torture and you do not request review, you may be removed from the United States as soon as travel arrangements can be made. Do you have any questions?* | [Officer reads 3.2] <br> No |
| Do you understand what was read to you? | yes |
| Do you have any other questions before we finish? | no |

**Conclusion**
- This is the end of the interview. Please place the phone on the desk in front of you, but do not hang up the phone. Let the officer know you are done.

**INTERVIEW CONCLUDED: 3:00 PM CT**

Form B.2/Z

CAUTION: Any person who (1) Falsifies any of the particulars on this certificate or (2) uses a falsified certificate as true, knowing it to be false is liable to prosecution.

ORIGINAL

FEDERAL REPUBLIC OF NIGERIA

# NATIONAL POPULATION COMMISSION

## CERTIFICATE OF BIRTH   No. B2/ZL/ 10236

Issued under the Births and deaths, etc. (Compulsory Registration) Decree 69 of 1992

Registration Centre _STATE OFFICE_

Town/Village _CALABAR MUNICIPALITY_

L.G.A _CROSS RIVER STATE_

State _CALABAR_   Volume _93_   Entry No. _300/93_

This is to certify that the birth details of which are recorded herein has been registered on

_20_   _03_   _93_
Day   Month   Year   at the Registration Centre

1. Full Name: _OBI NYEKA CLEMENT_
(Surname First)   (in block letters)

2. Sex: _MALE_

3. Date of Birth: _19_   _05_   _93_
Day   Month   Year

4. Place of Birth: _EWULU DELTA STATE_
Town/Village

5. Full name of Father: _OBI WULU, CLEMENT CLEMENT_
(Surname First)   (in block letters)

6. Full name of Mother: _OBI WULU, MARY CLEMENT_
(Surname First)   (in block letters)

Place of Issue: _NPC STATE OFFICE_

Date: _20-07-93_

11. Name of Registrar

12. Signature of Registrar

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
AURORA, CO

FILE: A215-817-390

IN THE MATTER OF:

OBIWULU, ONYEKA C

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of
respondent pursuant to 8 CFR 236.1(c), and full consideration
having been given to the representations of the Department of
Homeland Security and the respondent, it is hereby

___ X ___   ORDERED that the request for a change in custody status be
            denied.

_____   ORDERED that the request be granted and that respondent be:

_____   released from custody on his own recognizance

_____   released from custody under bond of $_____

___ X ___   OTHER _Arriving alien_____

Copy of this decision has been served on the respondent and the
Department of Homeland Security.

APPEAL: (waived -- (reserved) _requested_
AURORA -- AURORA IMMIGRATION COURT

Date: __04_/_01_/_2019_             _Nina M. Carbone_
                                    NINA M. CARBONE
                                    Immigration Judge

_Appeal due on or before_                                    XS
_May 1, 2019_


_Kitchen_



IMMIGRATION COURT
3130 N. OAKLAND ST.
AURORA, CO  80010


OBIWULU, ONYEKA C
DHS / ICE / GEO
3130 N Oakland St
Aurora, CO  80010

FILE:  A215-817-390

RE:  OBIWULU, ONYEKA C

NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS

PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN
SCHEDULED/RESCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE
IMMIGRATION COURT ON Apr 1, 2019 AT 09:30 A.M. AT THE FOLLOWING ADDRESS:

                3130 N. OAKLAND ST.
                AURORA, CO  80010

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT,
BY AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT
PERSONS BEFORE AN IMMIGRATION COURT.  IF YOU WISH TO BE REPRESENTED, YOUR
ATTORNEY OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.

FOR INFORMATION REGARDING THE STATUS OF YOUR CASE, CALL TOLL FREE
1-800-898-7180 OR 240-314-1500.


                        CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] DHS
DATE:    3-2-19    BY:  COURT STAFF
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

C 4'03-3

IMMIGRATION COURT
3130 N. OAKLAND ST., AURORA
Conducted by:  Telephone/Video Conference

In the Matter of

OBIWULU, ONYEKA C
Respondent

Case No.: A215-817-390

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Dec 17, 2018.
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[✓]  The respondent was ordered removed from the United States to *Nigeria*
     or in the alternative to .
[✓]  Respondent's application for voluntary departure was denied and
     respondent was ordered removed to  or in the
     alternative to .
[ ]  Respondent's application for voluntary departure was granted until
     upon posting a bond in the amount of $ _____
     with an alternate order of removal to .

Respondent's application for:
[✓]  Asylum was ( )granted  [✓]denied( )withdrawn.
[✓]  Withholding of removal was ( )granted (✓)denied ( )withdrawn.
[ ]  A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[ ]  Cancellation of removal under section 240A(a) was ( )granted ( )denied
     ( )withdrawn.

Respondent's application for:
[ ]  Cancellation under section 240A(b)(1) was ( ) granted  ( ) denied
     ( ) withdrawn.  If granted, it is ordered that the respondent be issued
     all appropriate documents necessary to give effect to this order.
[ ]  Cancellation under section 240A(b) (2) was  ( )granted  ( )denied
     ( )withdrawn.  If granted it is ordered that the respondent be issued
     all appropriated documents necessary to give effect to this order.
[ ]  Adjustment of Status under Section _____ was  ( )granted  ( )denied
     ( )withdrawn.  If granted it is ordered that the respondent be issued
     all appropriated documents necessary to give effect to this order.
[ ]  Respondent's application of ( ) withholding of removal  ( ) deferral of
     removal under Article III of the Convention Against Torture was
     ( ) granted  ( ) denied  ( ) withdrawn.
[ ]  Respondent's status was rescinded under section 246.
[ ]  Respondent is admitted to the United States as a _____ until _____.
[ ]  As a condition of admission, respondent is to post a $ _____ bond.
[ ]  Respondent knowingly filed a frivolous asylum application after proper
     notice.
[ ]  Respondent was advised of the limitation on discretionary relief for
     failure to appear as ordered in the Immigration Judge's oral decision.
[ ]  Proceedings were terminated.
[ ]  Other: _____

Admin Control Court: Immigration Court,3130 N. OAKLAND ST., AURORA, CO,80010
Date:  Dec 17, 2018

Reserved by R
1/16/2019

HUGO R. MARTINEZ
Immigration Judge

CY33

Appeal: Waived/Reserved   Appeal Due By:

ALIEN NUMBER: 215-817-390                    ALIEN NAME: OBIWULU, ONYEKA C.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M)   PERSONAL SERVICE (P)
TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer   [ ] ALIEN's ATT/REP   [ ] DHS
DATE:                    BY: COURT STAFF
       Attachments: [ ] EOIR-33  [ ] EOIR-
28  [ ] Legal Services List  [ ] Other

Q4

7/1/679 Fix Processing Center,

On behalf of Obioru Onyeka, #215817390

Please see the attached document, and if you have any questions or concerns, call 602.535.6760.

Thanks!





WEST OAKLAND HEALTH COUNCIL INC
700 ADELINE ST
OAKLAND CA 94607

IMMANUEL SELASSIE
2322 FRUITVALE AVE
APT. C
OAKLAND CA 94601

# ENERGY STATEMENT



PG&E   www.pge.com/MyEnergy

Statement Date: 02/28/201

Due Date:      03/21/2019

## Service For:

EMMANUEL SELASSIE
2355 VALLEY ST APT 3
OAKLAND, CA  94612

**Questions about your bill?**

Monday-Friday 7 a.m.-9 p.m.
Saturday 8 a.m.-6 p.m.
Phone: 1-800-743-5000
www.pge.com/MyEnergy

**Ways to Pay**

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $124.28 |
| Payment(s) Received Since Last Statement | 0.00 |
| **Previous Unpaid Balance** | **$124.28** |
| Current PG&E Electric Delivery Charges | $12.20 |
| EAST BAY COMMUNITY ENERGY Electric Generation Charges | 3.43 |
| **Total Account Balance** | **$139.91** |

⚠ **15-Day Notice:** Your bill includes a past due balance of $112.99. To avoid disconnection of your utility service, please pay the past due amount **on or before 03/20/2019**. For assistance or to make a payment, please call customer service at 1-800-743-5000.

## Important Messages

**CARE Program** You may qualify for a monthly discount with the California Alternate Rates for Energy (CARE) Program. To find out more and apply online, visit **www.pge.com/care**.

Usted podría reunir los requisitos de un descuento mensual con el California Alternate Rates for Energy Program (CARE). Para obtener más información y hacer su solicitud en Internet, visite **www.pge.com/espanol/care**.

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

999031285196650000000156300000013991



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **3128519665-0** | Upon Receipt | **$139.91** | $ |

035440012647 01 AB     0.40  69 1447 3

EMMANUEL SELASSIE
2355 VALLEY ST APT 3
OAKLAND, CA 94612-2455

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Page 1 of 4

Printed with Water Based Inks on SFI certified paper

Immanuel Selassie,
APT 3,
2355 Sally Street.
Oakland Ca. 94612.
January 19th, 2019.

## LETTER OF SUPPORT

Dear ICE,

I would like to be the sponsor for Obiwulu, Onyeka Clement. I know Obiwulu, Onyeka Clement because he is my cousin brother. His late mother was my father's sister. I sympathize with him on the problem he had in Nigeria with Muslim Fulani's. So I hereby bring myself to sponsor him and provide anything he might need for as long as he can stay in my house waiting for his case Proceeding.

I will make sure he is available should he be needed in the future by ICE anytime. I hereby sign on behalf of him to be responsible for any charges should he flee DHS. I have the following immigration status in the United States Citizenship. I have attached a copy of proof of that immigration status to this letter.

I recently moved to this new appartment located at 2355 Sally Street, Oakland Ca. 94612, APT 3.

If Obiwulu, Onyeka Clement is released on parole, he will live at this same address with me.

Yours Faithfully.

US POSTAGE
HASLER
017H55485695
$1.600
04/15/2019
Mailed From 80010

FROM: OBINNA, ONYEKA C.
#215817390
Aurora Ice Processing Center.
3130 N. OAKLAND STREET.
AURORA, CO. 80010
04/12/19

To: ALFRED A. ARRAJ UNITED STATES
COURTHOUSE.
901 19th STREET, ROOM A105
DENVER, CO. 80294-3589.

DETAINEE MAIL