IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01113- skc

ONYEKA CLEMENT OBIWULU,

    Plaintiff,

v.

JOHNNY CHOATE

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 05 2019

JEFFREY P. COLWELL
CLERK

## ENTRY OF THE PETITIONER

To: The clerk of court and all parties of record

I hereby certify that I am the Petitioner in this case.

    DATED at Aurora, Colorado this 04 day of June, 2019

Onyeka Obiwulu Clement
Petitioner
3130 N. Oakland Street
Aurora, Co. 80010.